# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129972

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 129972
                                       COA: 253805

TIMOTHY JAMES VEASLEY,
                                       Genesee CC: 96-053792-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 4, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

d0322